IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BRANDON LEE MAIN, Defendant. | CR 20-79-GF-BMM ORDER |
|---|---|

The United States' Motion for Witness to Appear Telephonically, is GRANTED, as there is good cause supporting that motion. Special Agent Ryan Kacher may appear via telephone at the scheduled suppression hearing in this matter. The United States is directed to contact the Clerk's office for call-in procedures.

DATED this 24th day of March, 2021

Brian Morris, Chief District Judge
United States District Court

1